```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 14938
   FREDRICK LEON LUX SR
   SHARON LOUISE LUX                             CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-8484      SSN XXX-XX-7148
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/15/04 and confirmed on 07/23/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 127258.73 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | 63040.78 | .00 | 63040.78 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 13000.00 | .00 | 13000.00 |
| AMERICAN GENERAL FINANCI | SECURED | 7585.00 | .00 | 7585.00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 530.25 | .00 | 530.25 |
| AMERICAN GENERAL FINANCE | SECURED | 6639.12 | 486.26 | 6639.12 |
| GMAC PAYMENT CENTER | SECURED | 10150.00 | 763.76 | 10150.00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 491.53 | .00 | 491.53 |
| HINSDALE HOSPITAL | UNSECURED | 8851.39 | .00 | 8851.39 |
| T MOBILE | UNSECURED | 337.40 | .00 | 337.40 |
| GMAC PAYMENT CENTER | UNSECURED | 4303.65 | .00 | 4303.65 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 100945.15 | .00 | 13983.97 | .00 | 114929.12 |
| PRINCIPAL PAID | 100945.15 | .00 | 13983.97 | .00 | 114929.12 |
| INTEREST PAID | 1250.02 | .00 | .00 | .00 | 1250.02 |
| TOTAL PAID | 102195.17 | .00 | 13983.97 | .00 | 116179.14 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $    5076.27 .

Refunds to the Debtor totaled $    3303.32 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/14/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                            PAGE  2
   CASE NO. 04 B 14938 FREDRICK LEON LUX SR & SHARON LOUISE LUX
```